UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.       Case No. 2:08-mj-21

TIMOTHY JACKSON,       HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER

Defendant Jackson appeared before the undersigned on September 18, 2008, for purposes of a detention hearing and preliminary examination.  The court was advised by defendant that he was waiving his right to a detention hearing at this time, but that he wished to reserve the right to reopen the matter at a later date.

In addition, a preliminary examination was conducted, and the court found that the testimony presented by ATF Special Agent James Petschke established probable cause that the defendant committed the offense alleged in the complaint.  Accordingly, defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United

States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                         /s/ Timothy P. Greeley
                                        TIMOTHY P. GREELEY
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2008